UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

In re: Simpson, Lee H. )
) Case No.: 16-81298
Simpson, Cynthia K. ) Chapter 13
Debtor(s) )

## AMENDED PLAN AND SUMMARY, NOTICE OF INCORPORATION OF TERMS OF ORIGINAL PLAN AND STATEMENT OF CHANGES TO PROVISIONS OF SECURED CLAIMS

**COME NOW** the Debtors and file their Amended Summary of Plan, Notice of Incorporation of Terms of Original Plan and Statement of Changes to Provisions of Secured Claims:

1. The Debtors have attached hereto their Amended Plan and Summary, which provides for a term of 60 months.

2. All terms contained in the Original Plan (except the Summary) filed on December 16, 2016, are incorporated by reference.

3. Pursuant to 11 U.S.C. § 1323(b) the modifications contained in the Amended Summary attached hereto and the terms of the Original Plan (except the Summary) as incorporated herein become the plan.

4. Only the following secured claims have been affected by the modifications contained in the Amended Summary attached:

| CREDITOR | COLLATERAL | DESCRIPTION OF THE CHANGE |
|---|---|---|
| Nissan Motor Acceptance | 2011 Nissan Juke | The secured claim of $2,415.35 shall receive 6.00% interest, 60 monthly payments of $46.93. |
| Ditech Financial, LLC | Homestead | The secured claim of $195,303.82 shall receive the contract rate of interest, 60 monthly payments of $1,449.42. The pre-petition and post-petition arrearage portions of the claim shall receive 0.00% interest and shall be paid in full over the life of the Plan. |

Dated: 4-21-2017

/s/ Jimmy L. Veith_____

**AN AMENDED SUMMARY OF PLAN IS ATTACHED HERETO.**

# Summary of Plan

Use for Original and Amended Plans

Debtor(s): Simpson, Lee & Cynthia    Case No. 16-81298    Dated: 4/21/2017

| Class | Description of Collateral | Creditor | Amount of Secured Claim | Acct. No. | Interest Rate | Beg Mo | End Mo | Monthly Payment | Paid By Trustee/ Debtor | Total Mos Paid | Total Amt. Paid by Trustee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| I.A. | 2011 Nissan Juke | Nissan Motor Acceptance | $ 2,415.35 | 8695 | 6.0000% | 1 | 60 | $46.93 | Trustee | 60 | $2,815.74 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | Homestead | Ditech Financial, LLC | $ 195,303.82 | 7939 | contract | 1 | 60 | $1,449.42 | Trustee | 60 | $86,965.20 |
| II.B. | Homestead | Ditech Financial, LLC | $ 24,374.17 | 7939 | 0.0000% | 1 | 60 | $406.24 | Trustee | 60 | $24,374.17 |
| II.B. | Homestead | Ditech Financial, LLC | $ 1,449.42 | 7939 | 0.0000% | 1 | 60 | $24.16 | Trustee | 60 | $1,449.42 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | $ - | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | $ - | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | | Trustee | 1 | $0.00 |
| III.A. | | | | | | | | | Trustee | 1 | $0.00 |
| III.B. | | | | | | | | | Trustee | 1 | $0.00 |
| III.C. | | | | | | | | | Trustee | 1 | $0.00 |
| IV.A. | Attorney Fees | Jimmy L. Veith, PC | | | | | | | Trustee | | $3,160.00 |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| Total | | | | | | | | | | | $118,764.53 |

**Class V Executory Contracts:**

There are no other executory contracts.

| Applicable Commitment Period | Plan Term | Beg | End | Mo Pmt | | # Mos | Amt. Paid |
|---|---|---|---|---|---|---|---|
| 60 | 60 | 1 | 2 | $3,248.00 | Debtor | 2 | $6,496.00 |
| | | 3 | 3 | $9,588.00 | Debtor | 1 | $9,588.00 |
| | | 4 | 5 | $3,248.00 | Debtor | 2 | $6,496.00 |
| | | 6 | 60 | $3,274.00 | Debtor | 55 | $180,070.00 |

| | |
|---|---|
| TOTAL AMOUNT PAID INTO PLAN | $202,650.00 |
| Trustee Fee (10%) | $20,265.00 |
| Total paid to Class I, II, III, IV.A and IV.B. creditors above | $118,764.53 |
| Amount to be paid to Class IV.C. Unsecured Claims: | $63,608.80 |
| Amount by which plan is not feasible (If positive then plan is feasible). | $11.67 |

*If amount paid to Class IV.C. claims (non-priority unsecured creditors) is zero then actual percent is zero.

**ABOVE MEDIAN DISPOSABLE INCOME CALCULATION:**

| | |
|---|---|
| Monthly Net Disposable Income: (Form 22C, L. 59) | $954.48 |
| Disposable Income to Unsecured Creditors Amount (DITUC): | $57,268.80 |
| Amount available to all Creditors under Chapter 7: | $122.50 |
| Total Priority Claims: | $0.00 |
| Chapter 7 Test Amount: | $122.50 |
| Greater of Below Median DITUC or Chapter 7 Test Amount: | $0.00 |
| Greater of Above Median DITUC or Chapter 7 Test Amount: | $57,268.80 |
| Amount proposed to Pay to Class IV.C. Claims (In Re Lanning): | $63,608.80 |
| (Must be more than Greater of DITUC or CH 7 Test) | |
| Amount to Class IV.C. Claims: | $63,608.80 |

**Estimated Payment to Unsecured Creditors:**

| | |
|---|---|
| Class IV.C. Claims per Sch. F | $97,256 |
| Claims Relegated to Class IV.C. | $0 |
| Total Class IV.C. (Non-Priority Unsecured) Claims | $97,256 |
| Required Amount to Class IV.C. Claims | $63,608.80 |
| Estimated Percentage to Class IV.C. Claims: | 65.40% |

**BELOW MEDIAN DISPOSABLE INCOME CALCULATION:**

| | |
|---|---|
| Amount paid in months 1 to 36 by Debtor: | $124,074.00 |
| Less Trustee Fee: | $12,407.40 |
| Less payments to Creditors: | $118,764.53 |
| Net to Class IV.C Claims: | $0.00 |

| Class | Desc. of Collateral | Creditor | Location |
|---|---|---|---|
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |

The Debtor(s) shall make the following loan repayments to qualified plans and/or direct payments on domestic support obligations.

| Monthly Payment | Creditor |
|---|---|
| | |
| | |
| | |
| | |

**Comments:**

As attorney for the Debtor(s) by filing this Summary of Plan I attest that I have reviewed the Summary of Plan and the claims filed to the date stated above and have provided for said claims.

Form SP Post-Act 07012011(for Plan form 07-01-2011)