IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE: )
)
LEE HALBOR SIMPSON ) Case No. 16-81298
    SSN: xxx-xx-7441 ) Chapter 13
CYNTHIA KRISTIN SIMPSON )
    SSN: xxx-xx-8894 )
)
2105 COUNTRY SPRINGS )
MCALESTER, OK 74501 )
                            Debtor(s).)

## NOTICE OF CHANGED PLAN PAYMENTS

Comes now William Mark Bonney, Standing Chapter 13 Trustee (hereinafter " Trustee") and provides notice pursuant to Section 2, Paragraph D of the confirmed Chapter 13 Plan that the Plan Payments from the Debtor(s) shall be changed as follows:

| Old Payment Amounts | New Payment Amounts |
|---|---|
| 1-2 @ $3,248.00 | 1-2 @ $3,248.00 |
| 3-3 @ $ 9,588.00 | 3-3 @ $ 9,588.00 |
| 4-5 @ $3,248.00 | 4-5 @ $3,248.00 |
| 6-60 @ $3,274.00 | 6-16 @ $3,274.00 |
|  | 17-17 @ 5,880.00 |
|  | 18-60 @ $3,274.00 |

1.     The reasons for the change in payment is:

a.     At the Trustee's request the Debtors have turned over $2,606.00 of their 2017 refund.

Pursuant to Section 2, Paragraph D of the confirmed Chapter 13 Plan the Debtor(s) have 14 days or until June 27, 2018, to Object to this proposed change of plan payments.

                                                                      /s/ William Mark Bonney
                                                                       William Mark Bonney, OBA#12221
                                                                       Standing Chapter 13 Trustee
                                                                       215 State Street, Suite 1000
                                                                       P.O. Box 1548
                                                                       Muskogee, OK 74402-1548
                                                                       918-683-3840 Fax 918-683-3302
                                                                       trustee@13trustee.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Changed Plan Payment was served on the parties listed below by ordinary U.S. Mail or served electronically thought the Court's ECF System at the e-mail address registered with the Court on this 13th day of June, 2018.

LEE HALVOR SIMPSON
CYNTHIA KRISTIN SIMPSON
2105 COUNTRY SPRINGS
MCALESTER, OK  74501


Jimmy L. Veith, P.C.
120 A NW
P.O. Box 607
Ardmore, OK   73402-

/s/William Mark Bonney
William Mark Bonney, OBA#12221
Standing Chapter 13 Trustee
215 State Street, Suite 1000
P.O. Box 1548
Muskogee, OK 74402-1548
918-683-3840 Fax 918-683-3302
trustee@13trustee.com